FILED by __KS__ D.C.

Apr 29, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
# 21-20253-CR-KING/BECERRA
### CASE NO. _____

18 U.S.C. § 2119(1)
18 U.S.C. § 924(c)(1)(A)(ii)
18 U.S.C. § 982(a)(5)(C)

UNITED STATES OF AMERICA

vs.

JOMA ZEPHIR,

       Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Carjacking
### (18 U.S.C. § 2119(1))

On or about January 3, 2021, in Miami-Dade County, in the Southern District of Florida, the defendant,

### JOMA ZEPHIR,

with the intent to cause death and serious bodily harm, did take a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, that is, a 2013 Mini Cooper, from the person and presence of another, that is, "M.S.," by force and violence, and by intimidation, in violation of Title 18, United States Code, Section 2119(1).

## COUNT 2
**Brandishing a Firearm in Furtherance of a Crime of Violence**
**(18 U.S.C. § 924(c)(1)(A)(ii))**

On or about January 3, 2021, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JOMA ZEPHIR,**

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly possess a firearm in furtherance of a crime of violence, an offense for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code, Section 2119(1), as charged in Count 1 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

Pursuant to Title 18, United States Code, Section 924(c)(1)(A)(ii), it is further alleged that the firearm was brandished.

## FORFEITURE ALLEGATIONS

1.     The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **JOMA ZEPHIR,** has an interest.

2.     Upon conviction of the violation of Title 18, United States Code, Section 2119, as alleged in this Indictment, the defendant shall forfeit to the United States, any property, real or personal, which represents or is traceable to the gross proceeds obtained, directly or indirectly, as a result of such violation, pursuant to Title 18, United States Code, Section 982(a)(5)(C).

3.     Upon conviction of a violation of Title 18, United States Code, Section 924, or any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such

2

offense, pursuant to Title 18, United States Code, Section 924(d)(1).

All pursuant to Title 18, United States Code, Sections 924(d)(1) and 982(a)(5)(C), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_____
ABBIE D. WAXMAN
ASSISTANT UNITED STATES ATTORNEY

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.

   JOMA ZEPHIR

_____ Defendant/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division:** (Select One)

[✓] Miami   [ ] Key West   [ ] FTL
[ ] WPB   [ ] FTP

New defendant(s)   [ ] Yes   [ ] No
Number of new defendants  _____
Total number of counts  _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No** _____
   List language and/or dialect _____

4. This case will take ___2___ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days    [✓]
   II   6 to 10 days    [ ]
   III   11 to 20 days    [ ]
   IV   21 to 60 days    [ ]
   V   61 days and over    [ ]

   (Check only one)
   Petty    [ ]
   Minor    [ ]
   Misdemeanor    [ ]
   Felony    [✓]

6. Has this case previously been filed in this District Court? (Yes or No) **No** _____

   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **No** _____
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of ___3-18-21_____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No** _____

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No** _____

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No** _____

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No** _____

_Abbie D. Waxman_

ABBIE D. WAXMAN
Assistant United States Attorney
FLA Bar No.    109315

\*Penalty Sheet(s) attached

REV 3/19/21

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: Joma Zephir

**Case No**:

Count #: 1

Carjacking

18 U.S.C. § 2119(1)

**\* Max. Penalty**: 15 years' imprisonment

Count #: 2

Brandishing a Firearm in Furtherance of a Crime of Violence

18 U.S.C. § 924(c)(1)(A)(ii)

**\*Max. Penalty:**        Life imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**